UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                                    CRIMINAL ACTION NUMBER 3:09CR-142-S

FIDEL GARCIA                                                          DEFENDANT

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the pleas of guilty by the Defendant as to Counts 1, 2,4,5 and 6 of the Indictment is hereby accepted, and the Defendant is adjudged guilty of such offenses.

Sentencing is hereby scheduled for **October 15, 2010 at 1:15 p.m.** , before the Honorable Charles R. Simpson III, Judge United States District Court.


Copies to: U.S. Attorney
           U.S. Marshal
           U.S. Probation
           Counsel of Record